**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01422-CV

**BANK OF THE WEST, Appellant**

**V.**

**TXS UNITED HOUSING PROGRAM, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04636**

## ORDER

We **GRANT** appellant's December 19, 2013 unopposed motion for an extension of time to file an amended brief. Appellant shall file its amended brief on or before January 24, 2014.

/s/ ELIZABETH LANG-MIERS
    JUSTICE